IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas Charles Henry, | No. CV-12-198-TUC-JGZ |
| Petitioner, | **ORDER** |
| v. | |
| Charles L. Ryan, *et al.,* | |
| Respondents. | |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Thomas D. Ferraro that recommends denying Petitioner's Petition for Writ of Habeas Corpus.  (Doc. 15.)

A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired.  As such, the Court will not consider any objections or new evidence.

The Court has reviewed the record and concludes that Magistrate Judge Ferraro's recommendations are not clearly erroneous.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *see also Conley v. Crabtree*, 14 F.Supp.2d 1203, 1204 (D. Or. 1998).

//

//

//

//

1    Accordingly, IT IS HEREBY ORDERED as follows:

2    1. Magistrate Judge Ferraro's Report and Recommendation (Doc. 15) is accepted and

3       adopted;

4    2. Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is DENIED;

5    3. This case is dismissed with prejudice;

6    4. The Clerk of the Court shall enter judgment accordingly.

7       Dated this 15th day of May, 2013.

8

9

10

11                                  Jennifer G. Zipps
                                 United States District Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28